# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PATRICIA M. GOUBEAUX,                    :

                Plaintiff,

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.         :

Case No. 3:09-cv-183

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## REPORT AND RECOMMENDATIONS ON ATTORNEY FEE

This case is before the Court on Plaintiff's Motion for Allowance of Attorney Fees (Doc. No. 16).  Defendant has not opposed the Motion and the time for doing so has expired.

Plaintiff's counsel seeks an award in the amount of $9, 837.75.  This is equal to the 25% of back benefits withheld by the Commissioner for payment of attorney fees, is consistent with counsel's fee agreement with Plaintiff, and is less than the reasonable hourly rate of the attorneys involved in this case, multiplied by the hours expended.

It is therefore respectfully recommended that Plaintiff's attorney be awarded fees in the amount of $9, 837.75.

January 19, 2011.

                                          s/ **Michael R. Merz**
                                        United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to seventeen days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(B), (C), or (D) and may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F. 2d 947 (6th Cir., 1981); *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).